# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL J. DAVIS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01888-APG-NJK<br><br>**Order** |

On December 7, 2022, the Court ordered attorney Leila Hale to read carefully the text of Local Rule 26-1(a) and Local Rule 26-1(b), and to file a declaration attesting to having done so by December 14, 2022. Docket No. 9 at 2. Attorney Hale has not done so.[1] Accordingly, the Court again **ORDERS** attorney Leila Hale to read carefully the text of Local Rule 26-1(a) and Local Rule 26-1(b),[2] and to file a declaration attesting to having done so by January 10, 2023. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: December 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Attorney Griffin informed the Court that Attorney Hale "has been out of town and unable to complete any such review." Docket No. 13 at 1. To the extent this was meant to be a request to excuse Attorney Hale from complying with the Court's order to read these rules, it is denied. The Court will treat the assertion as a request for an extension.

[2] The currently operative local rules were adopted on April 17, 2020, and can be found on the Court's website at https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf.

1