**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL J. DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. d/b/a WALMART SUPERCENTER; DOES I through X; and ROE CORPORAIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01888-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, CAROL J. DAVIS ("Plaintiff") by and through her counsel of record, the law firm of Hale Injury Law, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and

. . .

. . .

1                                                                                      KB/28007

dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of July, 2023.          DATED this 13th day of July, 2023.

**HALE INJURY LAW**                          **ALVERSON TAYLOR & SANDERS**

/s/                                          /s/
LEILA L. HALE, ESQ                           KURT R. BONDS, ESQ.
CHRISTIAN N. GRIFFIN, ESQ.                   MADISON M. AGUIRRE, ESQ.
1661 W. Horizon Ridge Parkway, Suite 200     6605 Grand Montecito Parkway, Suite 200
Henderson, Nevada 89012                      Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                    *Attorneys for Defendant*

ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is approved. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 14th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

2

KB/28007